```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MULTI ACCESS LIMITED,                                            :
                                                                 :
                              Plaintiff,                         :
                                                                 :         20-cv-7397 (LJL)
               -v-                                               :
                                                                 :         ORDER
GUANGZHOU BAIYUNSHAN PHARMACEUTICAL                              :
HOLDINGS CO., LTD. et al,                                        :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

This Order addresses several pending motions to seal. Dkt. Nos. 43, 54, 56, 64. At a conference held on March 11, 2022, the Court ordered Plaintiff to file a letter addressing whether the exhibits at Dkt. Nos. 48-1, 48-2, 48-8 should be filed in partially redacted form and ordered Defendants to file a letter addressing whether the exhibits at Dkt. Nos. 59-1, 68-1, and 68-2 should be filed in partially redacted form. Dkt. No. 110. The parties filed the letters as ordered. Dkt. Nos. 122–123.

- The motion to seal at Dkt. No. 43 is granted in part and denied in part. Pursuant to the Court's March 11, 2022 Order, Plaintiff filed a partially redacted version of Dkt. No. 48-1. *See* Dkt. No. 123-1.
- The motion to seal at Dkt. No. 54 is granted.
- The motion to seal at Dkt. No. 56 is granted in part and denied in part. Pursuant to the Court's March 11, 2022 Order, Defendants filed a partially redacted version of Dkt. No. 59-1. *See* Dkt. No. 122-1.
- The motion to seal at Dkt. No. 64 is granted in part and denied in part. Pursuant to the Court's March 11, 2022 Order, Defendants filed partially redacted versions of Dkt. Nos. 68-1 and 68-2. *See* Dkt. Nos. 122-2, 122-3.

The Clerk of Court is respectfully directed to close Dkt. Nos. 43, 54, 56, 64.

SO ORDERED.

Dated: April 1, 2022
       New York, New York                      _____
                                                    LEWIS J. LIMAN
                                               United States District Judge