UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MULTI ACCESS LIMITED,

                      Plaintiff,

- against -

GUANGZHOU BAIYUNSHAN PHARMACEUTICAL HOLDINGS CO., LTD. (AKA GUANGZHOU BAIYUNSHAN PHARMACEUTICAL HOLDING CO., LTD.); WLJ (AMERICA) CO. INC.; GUANGZHOU WANGLAOJI GREAT HEALTH CO., LTD.; GUANGZHOU WANG LAO JI GREAT HEALTH INDUSTRY CO., LTD. (AKA WLJ GREAT HEALTH INDUSTRY CO., LTD.); GUANGZHOU WANGLAOJI PHARMACEUTICAL CO., LTD.; GUANGZHOU WANG LAO JI GREAT HEALTH ENTERPRISE DEVELOPMENT CO., LTD. (AKA WLJ GREAT HEALTH ENTERPRISES DEVELOPMENT CO., LTD.); GUANGZHOU PHARMACEUTICAL HOLDINGS LTD. (AKA GUANGZHOU PHARMACEUTICAL GROUP);  GUANGZHOU WANG LAO JI GREAT HEALTH ENTERPRISE CO., LTD.; GUANGZHOU WANGLAOJI HEALTH INDUSTRY CO., LTD., and TRISTAR FOOD WHOLESALE CO. INC.,

                      Defendants.

-------------------------------------------------------------- x

Civil Action No. 1:20-cv-07397-LJL

**NOTICE OF MOTION FOR ALTERNATIVE SERVICE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Plaintiff Multi Access Limited ("MAL") will move before the United States District Court for the Southern District of New York before the Honorable Lewis J. Liman, for an Order granting MAL's Motion for Alternative Service pursuant to Federal Rules of Civil Procedure 4(h) and 4(f)(3).

ME1 45496123v.1

PLEASE TAKE FURTHER NOTICE that in support of its Motion, MAL relies upon the attached Memorandum of Law submitted in support of its Motion, the supporting Declaration of Anthony Mboho, the supporting Declaration of Susan Okin Goldsmith (and Exhibits A-H attached thereto), and the supporting Declaration of Wei Zhang, Ph.D.

DATED:  July 19, 2023

Respectfully submitted,

McCARTER & ENGLISH, LLP

By:    /s/ James H. Donoian

James H. Donoian
Lori J. Shyavitz
Worldwide Plaza
825 Eighth Avenue, 31st Floor
New York, NY 10019
Tel.: (212) 609-6800
jdonoian@mccarter.com
lshyavitz@mccarter.com

Susan Okin Goldsmith (*pro hac vice*)
McCarter & English, LLP
Two Tower Center Boulevard
East Brunswick, New Jersey 08816
Tel.: (732) 867-9670
sgoldsmith@mccarter.com

Attorneys for Plaintiff
Multi Access Limited

ME1 45496123v.1