```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                :

MULTI ACCESS LIMITED,                           :

              Plaintiff,                               :

        -v-                                       :

GUANGZHOU BAIYUNSHAN
PHARMACEUTICAL HOLDINGS CO., LTD.
(AKA GUANGZHOU BAIYUNSHAN
PHARMACEUTICAL HOLDING CO., LTD.);
WLJ (AMERICA) CO. INC.; GUANGZHOU
WANGLAOJI GREAT HEALTH CO., LTD.;
GUANGZHOU WANG LAO JI GREAT
HEALTH INDUSTRY CO., LTD. (AKA WLJ
GREAT HEALTH INDUSTRY CO., LTD.);    :        20-cv-7397 (LJL)
GUANGZHOU WANGLAOJI
PHARMACEUTICAL CO., LTD.;                    :           <u>ORDER</u>
GUANGZHOU WANG LAO JI GREAT
HEALTH ENTERPRISE DEVELOPMENT CO.,
LTD. (AKA WLJ GREAT HEALTH
ENTERPRISES DEVELOPMENT CO., LTD.);
GUANGZHOU PHARMACEUTICAL
HOLDINGS LTD. (AKA GUANGZHOU
PHARMACEUTICAL GROUP); GUANGZHOU
WANG LAO JI GREAT HEALTH ENTERPRISE
CO., LTD.; GUANGZHOU WANGLAOJI
HEALTH INDUSTRY CO., LTD., and TRISTAR
FOOD WHOLESALE CO. INC.,

              Defendants.

-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated in the Opinion and Order filed by the Court today: Defendants' motion to dismiss is GRANTED IN PART and DENIED IN PART.

      In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, the Opinion and Order is temporarily filed under seal. The parties shall meet and confer with respect to potential redactions and, by September 4, 2023, the parties shall file any proposed redactions pursuant to the Court's Individual Practices. The Court will rule on any

outstanding motions to seal at the same time it rules on any proposed redactions to the Opinion and Order.

    SO ORDERED.

Dated: August 21, 2023  
       New York, New York

                                                 LEWIS J. LIMAN  
                                          United States District Judge