```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
MULTI ACCESS LIMITED,                                               :
                                                                    :
                              Plaintiff,                            :
                                                                    :       20-cv-7397 (LJL)
         -v-                                                        :
                                                                    :           ORDER
GUANGZHOU BAIYUNSHAN                                                :
PHARMACEUTICAL HOLDINGS CO., LTD.                                   :
(AKA GUANGZHOU BAIYUNSHAN                                           :
PHARMACEUTICAL HOLDING CO., LTD.);                                  :
WLJ (AMERICA) CO. INC.; GUANGZHOU                                   :
WANGLAOJI GREAT HEALTH CO., LTD.;                                   :
GUANGZHOU WANG LAO JI GREAT                                         :
HEALTH INDUSTRY CO., LTD. (AKA WLJ                                  :
GREAT HEALTH INDUSTRY CO., LTD.);                                   :
GUANGZHOU WANGLAOJI                                                 :
PHARMACEUTICAL CO., LTD.;                                           :
GUANGZHOU WANG LAO JI GREAT                                         :
HEALTH ENTERPRISE DEVELOPMENT CO.,                                  :
LTD. (AKA WLJ GREAT HEALTH                                          :
ENTERPRISES DEVELOPMENT CO., LTD.);                                 :
GUANGZHOU PHARMACEUTICAL                                            :
HOLDINGS LTD. (AKA GUANGZHOU                                        :
PHARMACEUTICAL GROUP); GUANGZHOU                                    :
WANG LAO JI GREAT HEALTH ENTERPRISE                                 :
CO., LTD.; GUANGZHOU WANGLAOJI                                      :
HEALTH INDUSTRY CO., LTD., and TRISTAR                              :
FOOD WHOLESALE CO. INC.,                                            :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     This Order memorializes the Court's oral instructions at today's status conference: Plaintiff and Defendants WLJ (America) Co. Inc. and Tristar Food Wholesale Co. Inc. ("U.S. Defendants") are directed to confer and submit a proposed case management plan by October 9, 2023, in which initial disclosures between Plaintiff and the U.S. Defendants shall be due by November 3, 2023, initial requests for production of documents and interrogatories shall be served by November 17, 2023, and the deadlines for the close of depositions, fact discovery, and expert discovery shall be tied to a decision on the motion to be filed by the Defendants Guangzhou Wanglaoji Pharmaceutical Co., Ltd. and Guangzhou Pharmaceutical Holdings

Limited ("New Defendants") for dismissal (with the presumptive deadlines in the Court's model Case Management Plan and Scheduling Order). Discovery shall be stayed against the New Defendants pending a decision on their jurisdictional motion. The proposed case management plan may make clear that the dates set forth in it will be without prejudice to a motion by the New Defendants or any newly-served Defendants to modify the case management plan.

SO ORDERED.

Dated: September 26, 2023
      New York, New York

                                                   LEWIS J. LIMAN
                                          United States District Judge