```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MULTI ACCESS LIMITED,                                             :
                                                                  :
                        Plaintiff,                                :
                                                                  :      20-cv-7397 (LJL)
            -v-                                                   :
                                                                  :      ORDER
GUANGZHOU BAIYUNSHAN                                              :
PHARMACEUTICAL HOLDINGS CO., LTD.                                 :
(AKA GUANGZHOU BAIYUNSHAN                                         :
PHARMACEUTICAL HOLDING CO., LTD.);                                :
WLJ (AMERICA) CO. INC.; GUANGZHOU                                 :
WANGLAOJI GREAT HEALTH CO., LTD.;                                 :
GUANGZHOU WANG LAO JI GREAT                                       :
HEALTH INDUSTRY CO., LTD. (AKA WLJ                                :
GREAT HEALTH INDUSTRY CO., LTD.);                                 :
GUANGZHOU WANGLAOJI                                               :
PHARMACEUTICAL CO., LTD.;                                         :
GUANGZHOU WANG LAO JI GREAT                                       :
HEALTH ENTERPRISE DEVELOPMENT CO.,                                :
LTD. (AKA WLJ GREAT HEALTH                                        :
ENTERPRISES DEVELOPMENT CO., LTD.);                               :
GUANGZHOU PHARMACEUTICAL                                          :
HOLDINGS LTD. (AKA GUANGZHOU                                      :
PHARMACEUTICAL GROUP); GUANGZHOU                                  :
WANG LAO JI GREAT HEALTH ENTERPRISE                               :
CO., LTD.; GUANGZHOU WANGLAOJI                                    :
HEALTH INDUSTRY CO., LTD., and TRISTAR                            :
FOOD WHOLESALE CO. INC.,                                          :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The parties filed joint motions to seal portions of their motion to dismiss briefing and accompanying declaration exhibits, Dkt. Nos. 145, 151, as well as Plaintiff's reply in support of its motion for alternative service, Dkt. No. 170.

    The motion at Dkt. No. 145 is GRANTED as to:

- Lines 2–6 on page 14 of Plaintiff's memorandum of law in opposition to the motion to dismiss, Dkt. No. 147;

- Exhibit C of the declaration of Susan Goldsmith, Dkt. No. 149-1;
- Exhibit F of the declaration of Susan Goldsmith, Dkt. No. 149-2;
- Lines 47:3–9 and 53:18–21 of Exhibit R of the declaration of Susan Goldsmith, Dkt. No. 149-3;
- Exhibit S of the declaration of Susan Goldsmith, Dkt. No. 149-4;
- Exhibit W of the declaration of Susan Goldsmith, Dkt. No. 149-5;
- Exhibit AA of the declaration of Susan Goldsmith, Dkt. No. 149-7; and
- Exhibit BB of the declaration of Susan Goldsmith, Dkt. No. 149-8.

The motion is DENIED in all other respects.

The motion at Dkt. No. 151 is GRANTED as to lines 79:2–6 and 88:19–25 of Exhibit F of the declaration of Joshua Cumby, Dkt. No. 155-6.  The motion is DENIED in all other respects.

Consistent with this Court's Order, Dkt. No. 185, on the parties' prior motion to seal portions of the Opinion and Order, Dkt. No. 184, the motion at Dkt. No. 170 is DENIED.

The parties are ORDERED to file unredacted or partially redacted versions of any documents previously filed under seal in connection with the motions at Dkt. Nos. 145, 151, and 170, except as permitted in this Order, by November 20, 2023.  The parties are further ORDERED to jointly file a partially redacted version of this Court's Opinion and Order, Dkt. No. 167, consistent with the Court's September 15, 2023 Order, Dkt. No. 185, by November 20, 2023.

SO ORDERED.

Dated: November 13, 2023
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge