```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MULTI ACCESS LIMITED,                                              :
                                                                   :
                              Plaintiff,                           :
                                                                   :          20-cv-7397 (LJL)
         -v-                                                       :
                                                                   :          ORDER
GUANGZHOU BAIYUNSHAN                                               :
PHARMACEUTICAL HOLDINGS CO., LTD.                                  :
(AKA GUANGZHOU BAIYUNSHAN                                          :
PHARMACEUTICAL HOLDING CO., LTD.);                                 :
WLJ (AMERICA) CO. INC.; GUANGZHOU                                  :
WANGLAOJI GREAT HEALTH CO., LTD.;                                  :
GUANGZHOU WANG LAO JI GREAT                                        :
HEALTH INDUSTRY CO., LTD. (AKA WLJ                                 :
GREAT HEALTH INDUSTRY CO., LTD.);                                  :
GUANGZHOU WANGLAOJI                                                :
PHARMACEUTICAL CO., LTD.;                                          :
GUANGZHOU WANG LAO JI GREAT                                        :
HEALTH ENTERPRISE DEVELOPMENT CO.,                                 :
LTD. (AKA WLJ GREAT HEALTH                                         :
ENTERPRISES DEVELOPMENT CO., LTD.);                                :
GUANGZHOU PHARMACEUTICAL                                           :
HOLDINGS LTD. (AKA GUANGZHOU                                       :
PHARMACEUTICAL GROUP); GUANGZHOU                                   :
WANG LAO JI GREAT HEALTH ENTERPRISE                                :
CO., LTD.; GUANGZHOU WANGLAOJI                                     :
HEALTH INDUSTRY CO., LTD., and TRISTAR                             :
FOOD WHOLESALE CO. INC.,                                           :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court will hold a scheduling teleconference in this matter on September 4, 2024 at 2 P.M. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time.

The parties shall file a proposed amended case management plan by August 28, 2024.

SO ORDERED.

Dated: August 5, 2024
       New York, New York

                                                LEWIS J. LIMAN
                                       United States District Judge