```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MULTI ACCESS LIMITED,

            Plaintiff,

   -v-

GUANGZHOU BAIYUNSHAN PHARMACEUTICAL
HOLDINGS CO., LTD., et. al,

           Defendants.
------------------------------------------------------------------X

20-cv-7397 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Any response to Plaintiff's motion to compel, Dkt. No. 249, shall be due no later than September 22, 2025. A reply shall be due September 29, 2025. In the absence of a timely filed response, the Court will deem the motion to be unopposed.

Plaintiff shall serve this order on Anheart, Inc. no later than September 10, 2025, and shall file proof of service on the docket.

SO ORDERED.

Dated: September 9, 2025
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge