UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2025
```

------------------------------------------------------------------X
                                                                  :
MULTI ACCESS LTD.,                                                :
                                                                  :
                              Plaintiff,                          :
                                                                  :          20-cv-7397 (LJL)
                    -v-                                           :
                                                                  :              ORDER
                                                                  :
GUANGZHOU BAIYUNSHAN PHARMACEUTICAL                               :
HOLDINGS CO., LTD, et al.                                         :
                                                                  :
                              Defendants.                         :
                                                                  X
------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

Plaintiff Multi-Access Limited ("MAL") moves, pursuant to Federal Rules of Civil Procedure 37 and 45, for an order compelling non-party Anheart Inc. ("Anheart") to comply with the subpoena ("Subpoena") served on it on July 1, 2025, and for attorney's fees in bringing this motion. Dkt. No. 249. On September 9, 2025, the Court issued an order directing to respond no later than September 22, 2025. Dkt. No. 254. That order was served on Anheart on September 9, 2025. Dkt. No. 256. Anheart has not responded and, accordingly, the motion is unopposed.

Under Rule 45(d)(2)(B) of the Federal Rules of Civil Procedure, a party commanded by subpoena to produce documents has 14 days from date of service to object to the subpoena. Fed. R. Civ. P. 45(d)(2)(B). In the absence of a timely objection, then the serving party may file a motion to compel. Fed. R. Civ. P. 45(d)(2)(B)(i). Anheart was properly served on July 1, 2025. Dkt. No. 253-2. It has not objected to the Subpoena. Accordingly, Anheart is ordered to comply with the Subpoena and to produce all documents and tangible items required by the Subpoena as well as a deponent.

MAL shall serve this Order on Anheart and shall file proof of service on the

docket.  Anheart shall comply with the Subpoena (Dkt. No. 253-1) and produce all documents and tangible items requested by it within 14 days of service.  Anheart's failure to comply with the Subpoena may give rise to sanctions for contempt.  Fed. R. Civ. P. 45(g).  MAL is entitled to its reasonable attorney's fees for making this motion and shall file and serve an application for attorney's fees within 14 days of this Order.

      SO ORDERED.

Dated: September 26, 2025
      New York, New York

_____
          LEWIS J. LIMAN
      United States District Judge