```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
MULTI ACCESS LIMITED,                                                :
                                                                     :
                    Plaintiff,                                       :
                                                                     :    20-cv-7397 (LJL)
         -v-                                                         :
                                                                     :    ORDER
GUANGZHOU BAIYUNSHAN PHARMACEUTICAL                                  :
HOLDINGS CO., LTD., et al.,                                          :
                                                                     :
                    Defendants.                                      :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

The application of Multi Access Limited for attorneys' fees and costs in moving to compel a response to the subpoena by Anheart Inc. is granted without opposition and Multi Access Limited is awarded attorneys' fees in the amount of $15,876.91 and costs in the amount of $484.31 to be paid by Anheart Inc. within seven (7) days of the date of this Order.

SO ORDERED.

Dated: October 20, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge