UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                 :

MULTI ACCESS LIMITED,               :

                                 :

          Plaintiff,        :                  20-cv-7397 (LJL)

                                 :

     -v-                      :

                                 :                 ORDER

GUANGZHOU BAIYUNSHAN PHARMACEUTICAL  :
HOLDINGS CO., LTD, ET AL.,     :

                                 :

          Defendants.     :
                                 X

--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

On January 30, 2026, Plaintiff submitted a motion to compel Defendants to produce a competent witness to testify as to various 30(b)(6) topics and documents responsive to Plaintiff's prior request for production of documents, and for sanctions for Defendants' behavior.  Dkt. No. 277.  Plaintiff attached, as Exhibit B, the deposition transcript of Linui Li.  Dkt. No. 279-1.  Defendants responded to that motion on February 3, 2026, arguing that the record does not support Plaintiff's request for sanctions, but explaining also that discovery remained ongoing.  Dkt. No. 281.  Plaintiff replied to that response, requesting that the Court enter an order (1) setting a date certain by which Defendnats must complete their document production; (2) directing Defendants to produce an additional corporate witness; and (3) granting MAL appropriate sanctions in the form of fees or preclusion of evidence.  Dkt. No. 285.  On February 5, 2026, Plaintiff submitted a joint letter requesting a six-week extension to complete outstanding discovery.  Dkt. No. 286.

The Court will hold a conference regarding these pending motions on February 11, 2026 at 3:30 p.m. in Courtroom 15B, 500 Pearl Street.  The parties shall submit a joint letter two days

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2026

in advance of the conference identifying the discovery issues that are still disputed, the particular

document request at issue, and the nature of the dispute.  If any deposition transcripts beyond

that of Ms. Li are relevant and have not been placed on the docket, the parties shall do so two

days in advance of the hearing.  The joint letter shall indicate the pages of any deposition

testimony that they would like the Court to review.

      SO ORDERED.

Dated: February 5, 2026
      New York, New York

_____
            LEWIS J. LIMAN
          United States District Judge

2