UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                :
MULTI ACCESS LIMITED,                                           :
                                                                :
                            Plaintiff,                          :
                                                                :                    20-cv-7397 (LJL)
            -v-                                                  :
                                                                :                      ORDER
                                                                :
GUANGZHOU BAIYUNSHAN PHARMACEUTICAL            :
HOLDINGS CO., LTD. ET AL.,                                      :
                                                                :
                            Defendants.                         :
                                                                X
-----------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter today, February 13, 2026.  This order memorializes the Court's ruling at that conference. The parties will submitted an amended case management plan by Tuesday, February 17, 2026.  Fact discovery will now close on April 17, 2026; expert discovery on May 28; and summary judgment motions are due on June 18.  The parties will also submit a proposed language documenting the discovery rulings made today.

The clerk of court is respectfully requested to close Dkt. Nos. 277, 278, 279, 286, 288, and 289.  Plaintiff's right to move for discovery sanctions is reserved.

    SO ORDERED.

Dated: February 13, 2026
       New York, New York                        _____
                                                        LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/13/2026