# McCarter & English

|  |  |  |
|---|---|---|
| | **James H. Donoian**<br>Partner | McCarter & English, LLP |
| | T. 212-609-6817<br>F. 212-606-6921 | 250 W 55th St<br>13th Floor<br>New York, NY 10019 |
| | jdonoian@McCarter.com | www.mccarter.com |

February 17, 2026

**VIA ECF**

Honorable Lewis J. Liman
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Courtroom 15C,
New York, NY 10007

> Re: *Multi Access Limited v. Guangzhou Baiyunshan Pharmaceutical Holdings Co., Ltd. et. al*, C.A. No. 20-CV-7397 (S.D.N.Y.)

Dear Judge Liman:

Pursuant to the court conference held February 13, 2026, and this Court's Order [Dkt. No. 291], the parties jointly submit the enclosed amended Case Management Plan, as well as the following proposed language documenting the Court's discovery rulings made at the conference:

Trademark Searches. Defendants will advise Plaintiff by March 3, 2026 whether Defendants, after a reasonable search consistent with Fed. R. Civ. P. 26(b)(2)(B), have identified any as-yet unproduced trademark search or clearance reports for the United States relating to the marks at issue in this proceeding, or related documents and communications. Defendants' search shall include, but will not be limited to, trademark search or clearance documents and related communications shared by or with Lippincott/Oliver Wyman or any other third parties. If such documents exist, Defendants will identify the nature of the documents and the parties involved and whether Defendants are withholding, or otherwise objecting to, the production of those documents based on privilege or otherwise, consistent with Fed. R. Civ. P. 34(b)(2).

Frost & Sullivan Market Position Statement. Defendants will advise Plaintiff by March 3, 2026 whether they object to producing the market survey and/or the market research report identified in the Frost & Sullivan Market Position Statement dated May 2025. *See* the parties' joint letter [Dkt. No. 289], Section 4 and Exhibit C (Bates Nos. DEF 2137 to 2140).

The parties will promptly advise the Court of any further issues arising from the above discovery disputes.

Respectfully submitted,
*/s/James H. Donoian*
James H. Donoian

Enclosures

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

ME1\60008299.v1

Date: February 18, 2026