UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

Multi Access Limited,

                        Plaintiff,

        -v-

Guangzhou Baiyunshan Pharmaceutical Holdings Co.,
Ltd., et al.,

                    Defendants.

-------------------------------------------------------------------

              20-cv-7397 (LJL)

               ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/23/2026

LEWIS J. LIMAN, United States District Judge:

On March 22, 2026, Plaintiff Multi Access Limited submitted a letter motion for discovery. Dkt. No. 306. It included five exhibits, the fifth of which included only a cover page stating that it was filed under seal. Dkt. No. 306-5. Plaintiff submitted also a letter motion to seal Exhibit 5. Dkt. No. 307. On March 23, the Court denied that motion to seal without prejudice because the "Court's Individual Practices for Civil Cases requires the movant to file under seal the document as to which sealing is requested with proposed redactions." Dkt. No. 309. Following entry of the Court's order, the Court became aware that Plaintiff emailed Exhibit 5 with proposed redactions on March 22, 2026 to the chambers email inbox. In light of that email, Plaintiff is relieved of the 1 p.m. deadline for filing of the proper motion to seal set by the Court's order. Plaintiff shall nevertheless attempt to file Exhibit E in accordance with Attachment A to the Court's Individual Practices. The Court vacates its prior order denying the motion to seal and defers ruling on such motion pending the filing of Exhibit E in accordance with the Court's Individual Practices.

      SO ORDERED.

Dated: March 23, 2026
      New York, New York

                           LEWIS J. LIMAN
                  United States District Judge